**Order entered December 21, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01202-CV

### IN RE THE COMMITMENT OF STEVEN EDWARD MENDOZA

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV1770003**

## ORDER

Before the Court is the December 19, 2018 request of Debi Harris, Deputy Court Reporter for the 363rd Judicial District Court, for an extension of time to file the reporter's record.  We **GRANT** the request and extend the time to **December 28, 2018**.


/s/    ADA BROWN
        JUSTICE